

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| CIRO MONTANO, | § | No. 08-21-00061-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Reeves County, Texas |
| State. | § | (TC# 13-02-07743-CRR) |
|  | § |  |

**O R D E R**

On April 16, 2021, the Court questioned its jurisdiction over this appeal and issued a 10-day letter asking Appellant to respond and show cause why this case should not be dismissed for want of jurisdiction. As of this date, Appellant has not responded.

We note the existence of a discrepancy in the dates indicated on the notice of appeal (NOA). The certificate of service states that the notice of appeal was served on the Reeves County District Attorney's Office on October 29, 2020, through the electronic filing manager (EFM). The digital stamp on the NOA from the Reeves County District Clerk indicates the document was filed with the district court on March 25, 2021, at 2:34 p.m.

Appellant is hereby ORDERED to, within 10 days, provide the Court with an explanation for this discrepancy, to show grounds for continuing this appeal, and to provide a receipt from the EMF showing the NOA was timely filed, if such a receipt exists. Failure to do so will result in additional appropriate action by this Court, including dismissal without further notice as appropriate.

IT IS SO ORDERED this 12th day of May, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.